SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
ORI KATZ, Cal. Bar No. 209561
ROBERT K. SAHYAN, Cal. Bar No. 253763
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947
Email: mahrens@sheppardmullin.com
       okatz@sheppardmullin.com
       rsahyan@sheppardmullin.com

Attorneys for the Official Committee
of Equity Security Holders

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>TVIA, INC., a Delaware corporation<br><br>Debtor. | Case No. 08-55860-RLE-11<br><br>Chapter 11<br><br>**NOTICE OF (1) ENTRY OF ORDER CONFIRMING SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION, (2) OCCURRENCE OF EFFECTIVE DATE OF PLAN, AND (3) RELATED DEADLINES**<br><br>**Plan Confirmation Hearing**<br>Date: December 11, 2009<br>Time: 10:00 a.m.<br>Place: United States Bankruptcy Court<br>      280 South First Street, Rm 3099<br>      San Jose, California<br>Judge: Hon. Roger L. Efremsky |

**PLEASE TAKE NOTICE** that on December 14, 2009, the Bankruptcy Court entered an order (the "Confirmation Order") confirming the *Second Amended Chapter 11 Plan of Reorganization* (the "Plan"), filed by the official committee of equity security holders (the "Committee") in the above-captioned bankruptcy case of Tvia, Inc. (the "Debtor"). The Plan has become effective, and the "Effective Date" occurred on December 28, 2009.

**PLEASE TAKE FURTHER NOTICE** that any person asserting a claim entitled to treatment as an "Administrative Expense" (as defined in the Plan) (excluding professionals holding fee claims subject to the provisions of Bankruptcy Code sections 328, 330, 503 or 1103) must file such claim on or before January 27, 2010 ("Administrative Expense Deadline"), unless he or she has already filed such claim and is not seeking additional amounts. Objections to Administrative Expense claims must be filed within 30 days of the Administrative Expense Deadline.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has set January 31, 2010 as the deadline for the filing and serving of final fee applications by the professionals holding fee and expense claims subject to the provisions of Bankruptcy Code sections 328, 330, 503 or 1103. A hearing on such fee and expense applications is scheduled to be held on February 24, 2010 at 10:30 a.m. before the Bankruptcy Court at the address listed above.

**PLEASE TAKE FURTHER NOTICE** that all executory contracts and unexpired leases executed by Debtor prior to October 15, 2008 (the "Petition Date"), and not previously assumed or rejected, shall be deemed rejected in accordance with Section IX of the Plan. Claims arising from the rejection of executory contracts and unexpired leases not covered by previous Bankruptcy Court order, must be filed with the Bankruptcy Court and served upon the Reorganized Debtor on or before January 13, 2010. Any objection to such a rejection damages claim shall be filed within 30 days of the date such rejection damages claim is filed.

1     **PLEASE TAKE FURTHER NOTICE** that other than claims for Administrative Expense treatment, claims by professionals for fees and expenses, and claims arising from the rejection of executory contracts and unexpired leases not covered by previous Bankruptcy Court order, any unsecured claim filed after the Effective Date shall be disallowed and shall not be entitled to any payment.

    **PLEASE TAKE FURTHER NOTICE** that filings with the Bankruptcy Court should be addressed as follows so that they are **received** on or before the above-noted deadlines as applicable:

> United States Bankruptcy Court
> Northern District Of California
> 280 South First Street
> San Jose, CA 95113
> Re: In re Tvia, Inc. (Case No.: 08-55860)

You must also send a copy to the Reorganized Debtor and the United States Trustee at the addresses set forth below:

> <u>Reorganized Debtor:</u>
> Tvia, Inc.
> 4800 Great America Parkway, Suite 405,
> Santa Clara, CA 95054
> Attn: Zhaofang Wen,
>     Responsible Individual
>
> <u>Counsel for the Reorganized Debtor:</u>
> Sheppard, Mullin, Richter & Hampton LLP
> Four Embarcadero Center, Suite 1700
> San Francisco, CA 94111
> Attn: Michael H. Ahrens
>     Ori Katz, Esq.
>
> <u>Office of the United States Trustee:</u>
> Office of the United States Trustee
> 280 S. First Street, Suite 268
> San Jose, CA 94113-0002
> Attn: John Wesolowski, Esq.

-2-

**PLEASE TAKE FURTHER NOTICE** that failure to comply with the instructions listed above or to provide all of the requested information or supporting documentation may result in the delay in payment or disallowance of all or part of your claim.

**PLEASE TAKE FURTHER NOTICE** that if you have not received copies of the Plan or the Confirmation Order, you can request such copies by contacting counsel for the Committee at the contact information listed at the top left-hand corner of this Notice.

Dated: December 28, 2009

> Respectfully submitted,
>
> SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
>
> By  /s/ Robert K. Sahyan
> ROBERT K. SAHYAN
>
> Attorneys for Official Committee
> of Equity Security Holders